UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNIVERSAL HEALTH GROUP,

Plaintiff

-vs-

ALLSTATE INSURANCE COMPANY,

Defendant

Case No: 2:09-cv-12524
HON. VICTORIA ROBERTS
United States District Judge

HON. MICHAEL HLUCHANIUK
United States Magistrate Judge

CRAIG S. ROMANZI (P45549)
CRAIG S. ROMANZI & ASSOCIATES
Attorney for Plaintiff
2850 Dixie Highway
Waterford MI 48328
(248) 674-4404
(248) 674-4774-fax

KAREN W. MAGDICH (P62746)
DARLENE M. GERMAINE (P43180)
MAGDICH & ASSOCIATES, P.C.
Attorneys for Defendant
21600 Novi Road, Suite 700
Novi, Michigan 48375
(248) 344-0013
(248) 344-0133-fax

**NOTICE OF ENTRY OF ORDER PURSUANT TO E.D.Mich.LR 58.1(c)**

To: CRAIG S. ROMANZI (P45549)

PLEASE TAKE NOTICE that the attached proposed Order has been submitted to the Honorable Victoria A. Roberts for execution and entry. Pursuant to LR 58.1(c), the Order will be entered if no objections are received within seven (7) days of the date hereof.

**MAGDICH & ASSOCIATES, PC**

/s/Darlene M. Germaine (P43180)
KAREN W. MAGDICH (P62746)
DARLENE M. GERMAINE (P43180)
MAGDICH & ASSOCIATES, PC
Attorneys for Defendant
21600 Novi Road, Suite 700
Novi, Michigan, 48375
(248) 344-0013

DATED: July 26, 2010

MAGDICH & ASSOCIATES, PC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNIVERSAL HEALTH GROUP,

Plaintiff

-vs-

ALLSTATE INSURANCE COMPANY,

Defendant

Case No: 2:09-cv-12524
HON. VICTORIA ROBERTS
United States District Judge

HON. MICHAEL HLUCHANIUK
United States Magistrate Judge

---

CRAIG S. ROMANZI (P45549)
CRAIG S. ROMANZI & ASSOCIATES
Attorney for Plaintiff
2850 Dixie Highway
Waterford MI 48328
(248) 674-4404
(248) 674-4774-fax

KAREN W. MAGDICH (P62746)
DARLENE M. GERMAINE (P43180)
MAGDICH & ASSOCIATES, P.C.
Attorneys for Defendant
21600 Novi Road, Suite 700
Novi, Michigan 48375
(248) 344-0013
(248) 344-0133-fax

---

MAGDICH & ASSOCIATES, PC

**ORDER**
**REGARDING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

At a session of said Court held in the
County of Wayne, State of Michigan,
On September 8, 2010.

PRESENT: Victoria A. Roberts
U.S. DISTRICT COURT JUDGE

This matter having come before the Court upon the agreement of the parties for dismissal of certain no-fault claims as reflected in the Court's Order Granting Defendant's Motion for Protective Order (Dkt.23) footnote 1, and the Court otherwise being advised in the premises, now therefore:

**IT IS ORDERED** that with regard to Defendant's Motion for Partial Summary Judgment, only, the following eight (8) claims for no-fault benefits are dismissed in their entirety pursuant to the one-year back rule, MCLA 500.3145, as follows:

Derrick Taylor
Tyrone Townsend
Tammy Yousif
Michael Litt
Shagufta Babar
Cecilia Magana
Christina McCahan

**IT IS FURTHER ORDERED** that with regard to Defendant's Motion for Partial Summary Judgment, the following six (6) claims for no-fault benefits are partially barred by the one-year back rule, MCLA 500.3145, and are dismissed for the periods set forth below, as follows:

| | |
|---|---|
| Asma Alamomani | barred from 5/22/06 up to 5/28/08 |
| Mary Green | barred from 4/15/08 up to 5/28/08 |
| Earnest Robinson | barred from 9/14/07 up to 5/28/08 |
| Latoya Rosario | barred from 11/27/07 up to 5/28/08 |
| Kevin Williams | barred from 8/1/07 up to 5/28/08 |
| Kaylee Yancee | barred from 3/21/08 up to 5/28/08 |

**IT IS FURTHER ORDERED** that the claim for recovery of medical expenses for Tracy Johnson is barred as to Allstate pursuant to release and therefore, said claim is dismissed from this action. However, nothing in this Order shall operate to preclude recovery of payment for said services from Ms. Johnson and/or her counsel directly, to whom Allstate made payment to as part of settlement.

This order does not resolve the last pending issues of this matter.

S/Victoria A. Roberts
U.S. DISTRICT COURT JUDGE

Approved as to form and content:

MAGDICH & ASSOCIATES, PC

/s/DARLENE M. GERMAINE (P43180)
DARLENE M. GERMAINE (P43180)
KAREN W. MAGDICH (P62746)
MAGDICH & ASSOCIATES, P.C.
Attorneys for Plaintiff
21600 Novi Road, Suite 700
Novi, Michigan, 48375
(248) 344-0013
Kmagdich@magdichlaw.com

___________________________
CRAIG S. ROMANZI (P45549)
ROMANZI & ATNI
Attorney for Plaintiff
2850 Dixie Highway
Waterford MI 48328
(248) 674-4404
cromanzi@mc-law.com

MAGDICH & ASSOCIATES, PC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNIVERSAL HEALTH GROUP,

Plaintiff

-vs-

ALLSTATE INSURANCE COMPANY,

Defendant

Case No: 2:09-cv-12524
HON. VICTORIA ROBERTS
United States District Judge

HON. MICHAEL HLUCHANIUK
United States Magistrate Judge

CRAIG S. ROMANZI (P45549)
CRAIG S. ROMANZI & ASSOCIATES
Attorney for Plaintiff
2850 Dixie Highway
Waterford MI 48328
(248) 674-4404
(248) 674-4774-fax

KAREN W. MAGDICH (P62746)
DARLENE M. GERMAINE (P43180)
MAGDICH & ASSOCIATES, P.C.
Attorneys for Defendant
21600 Novi Road, Suite 700
Novi, Michigan 48375
(248) 344-0013
(248) 344-0133-fax

**PROOF OF SERVICE**

I Linda Saunders, hereby certify that on July 26, 2010, I electronically filed Notice of Entry of Order Pursuant to E.D.Mich.LR 58.1(c) along with Order Regarding Defendant's Motion for Partial Summary Disposition, to all parties of the record as follows:

CRAIG S. ROMANZI (P45549)
CRAIG S. ROMANZI & ASSOCIATES
Attorney for Plaintiff
2850 Dixie Highway
Waterford MI 48328

/s/Linda Saunders

MAGDICH & ASSOCIATES, PC